# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4764 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Egonmwan vs. Cook County Sheriff's Dept et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel the deposition of defendant Michael Sheahan [110] is granted.

■ [ For further details see text below.]          Notices mailed by Judicial staff.

**STATEMENT**

Before the Court is plaintiff's motion to compel the deposition of defendant Michael Sheahan. After reviewing plaintiff's motion, defendants' response and the reply, this Court finds that plaintiff has established the need for the former sheriff's deposition. Current and former high ranking government officials are subject to discovery despite their reluctance to participate. *See e.g., Fairley v. Andrews,* 423 F. Supp.2d, 800, 810-811 (N.D. Ill. 2006). Furthermore, this Court finds that the deposition is likely to lead to the discovery of admissible evidence. We disagree with defendants' suggestion that plaintiff seeks this deposition for the purpose of annoyance or embarrassment. Accordingly, plaintiff's motion to compel is granted and defendants' request for a protective order is denied. To the extent that this Order impacts the ten deposition limit imposed by Rule 30(a)(2), both parties are granted leave to take more than ten depositions.

| | Courtroom Deputy Initials: | KF |
|---|---|---|